IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JENA PAIGE,

    Plaintiff,

v.                         CASE NO. CV409-182

UNITED STATES AIR FORCE,

    Defendant.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 8). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the Opinion of the Court. This case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case**.[1]

SO ORDERED this 7th day of April, 2010.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As this case is now closed, all pending Motions are **DISMISSED AS MOOT**.